## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| LUC JOHN GAGNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket No. 1:16-cv-024-NT |
| | ) |
| AMANDA SEIRUP, Ph.D. and | ) |
| BERT RAND GOSSELIN | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 27, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on the Defendant Amanda Seirup's Motion to Dismiss.  The Defendant Seirup filed an objection to the Recommended Decision on June 13, 2016.  I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The Defendant Seirup's Motion to Dismiss is **GRANTED** in part and the Plaintiff's state law medical malpractice claims are **DISMISSED**.

**SO ORDERED.**

Dated this 15th day of June, 2016.

/s/ Nancy Torresen
United States Chief District Judge